

2002 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-31-2002

# Wilson v. Comm Social Security

Precedential or Non-Precedential:

Docket 1-2544

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2002

Recommended Citation

"Wilson v. Comm Social Security" (2002). *2002 Decisions.* Paper 77.
http://digitalcommons.law.villanova.edu/thirdcircuit_2002/77

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2002 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT


No. 01-2544



PHYLLIS WILSON,

Appellant

v.

*LARRY G. MASSANARI, ACTING
COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION


*(Pursuant to F.R.A.P. 43(c))



ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

(District Court No.00-CV-468)
District Court Judge: James McGirr Kelly



Submitted Under Third Circuit LAR 34.1(a)
January 17, 2002

Before: ALITO and ROTH, Circuit Judges, and SCHWARZER, Senior District
Judge.

(Opinion Filed: January 31, 2002)



MEMORANDUM OPINION OF THE COURT


PER CURIAM:

The facts and procedural background of this case are familiar to the parties.  The Social Security Act, 42 U.S.C.  1381–1385, authorizes Supplemental Security Income ("SSI") to be disbursed to individuals who qualify on the basis of their age or disability. If the Commissioner of the Social Security Administration denies SSI to an individual, that decision can be appealed to federal court.

We hold that the District Court properly granted Appellee's motion for summary judgment and properly denied Appellant's cross–motion for summary judgment.  In its Memorandum and Order, dated April 18, 2001, the District Court was correct to find that the Commissioner's denial was supported by substantial evidence.  We have considered all of Appellant's arguments and find no ground to reverse.

The Order of the District Court is AFFIRMED.